```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 10335
    CAROL L CLAYTON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-1409

-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 04/25/2008 and was not confirmed.

     The case was dismissed without confirmation 09/15/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
ADLER ARTHUR & ASSOC       NOTICE ONLY     NOT FILED            .00           .00
AMERICASH LOANS LLC        UNSECURED          116.50            .00           .00
ROUNDUP FUNDING LLC        UNSECURED         2055.71            .00           .00
CAVC OF COLORADO           UNSECURED         2698.03            .00           .00
CCA                        UNSECURED        NOT FILED           .00           .00
CCA                        UNSECURED        NOT FILED           .00           .00
CITIFINANCIAL SERVICES     UNSECURED         3888.38            .00           .00
COLLECTION                 UNSECURED        NOT FILED           .00           .00
CREDIT COLLECTION SERVIC   UNSECURED        NOT FILED           .00           .00
HARBOR MEDICAL GROUP       UNSECURED          150.00            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1556.67            .00           .00
HUDSON & KEYSE             UNSECURED        NOT FILED           .00           .00
25 E SAME DAY SURGERY      UNSECURED          761.76            .00           .00
MUTUAL HOSPITAL SVC INC    UNSECURED        NOT FILED           .00           .00
PROVIDIAN NATIONAL BANK    NOTICE ONLY     NOT FILED            .00           .00
RMI/MCSI                   UNSECURED          600.00            .00           .00
ISAC                       UNSECURED        20543.38            .00           .00
ACL LABORATORIES           UNSECURED           73.71            .00           .00
PRA RECEIVABLES MANAGEME   UNSECURED         2258.88            .00           .00
LEGAL HELPERS PC           DEBTOR ATTY      2,750.00                       734.05
TOM VAUGHN                 TRUSTEE                                          56.95
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE              791.00

PRIORITY                                     .00
SECURED                                      .00
UNSECURED                                    .00
ADMINISTRATIVE                            734.05
TRUSTEE COMPENSATION                       56.95
DEBTOR REFUND                                .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 10335 CAROL L CLAYTON
```

```
                              ---------------     ---------------
TOTALS                              791.00              791.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
  Dated: 12/22/08             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                              PAGE   2
          CASE NO. 08 B 10335 CAROL L CLAYTON